UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| **Larsen Design Office, Inc.**, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CompassLearning, Inc.,** a Delaware corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Court File No. 00-CV-1315 DWF/AJB<br><br>**STIPULATION AND AGREED ORDER** |

Plaintiff Larsen Design Office, Inc. and Defendant CompassLearning, Inc. agree as follows:

1. Plaintiff Larsen Design Office, Inc. has granted Defendant CompassLearning, Inc., by and through their respective counsel, an extension to answer or otherwise respond to Plaintiff's Complaint until and through June 16, 2000;

2. Counsel for Plaintiff Larsen Design Office, Inc. was unavailable to sign this Stipulation but attached hereto is correspondence confirming said extension.

3. The Court may enter the aforesaid extension of time in the form of the Agreed Order below.

JUN 05 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 1, 2000

**HINSHAW & CULBERTSON**

By: ______________________________

Duana J. Grage MN Att'y No. 277137
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

**ATTORNEYS FOR DEFENDANT COMPASSLEARNING, INC.**

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which Defendant may answer or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to June 16, 2000

Dated: 6/5/__________, 2000.

BY THE COURT:

______________________________
Magistrate Judge Arthur J. Boylan
United States District Court
District of Minnesota

**GRAYCARY.** TECHNOLOGY'S LEGAL EDGE℠

401 B Street, Suite 1700
San Diego, CA 92101-4297
www.graycary.com
O] 619-699-3648
F] 619-236-1048
E] bbehmer@graycary.com

Admitted to practice in California

OUR FILE NO. 101123-159128

May 31, 2000

*VIA FACSIMILE*

**CONFIDENTIAL AND PRIVILEGED
SETTLEMENT COMMUNICATION**

Keith S. Moheban, Esq.
Leonard, Street and Deinard
1270 Minnesota World Trade Center
30 E. Seventh Street
Saint Page, MN 55101

**Re:** ***CompassLearning, Inc. v. Larsen Design Office, Inc.***
**San Diego Superior Court Case No. 742820**

***Larsen Design Office, Inc. v. CompassLearning, Inc.***
**Minnesota District Court (Hennepin County)**

Dear Keith:

This will confirm that your client has granted CompassLearning up through and including June 16, 2000 to respond to the complaint in the Minnesota action and to respond to the cross-complaint in the California action.

Let me know if you have any questions or comments.

Very truly yours,

**Gray Cary Ware & Freidenrich LLP**

Brian L. Behmer

BLB:th
cc: Mark Lawless, Esq.
Jeanne Milbrand, Esq.
Scott Smith, Esq.

Gray Cary\SD\1365936.1