**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LARSEN DESIGN OFFICE, INC.,

Plaintiff,

v.

CAMPASS LEARNING, INC.,

Defendant.

Civil No. 00-1315 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 20, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed JUN 20 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______